UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAYMOND GESTACH,

        Plaintiff,

v.

AUTO BUTLER, INC.,

        Defendant.

Case No.: 0:20-cv-00500

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby give notice that the above-captioned action is to be voluntarily dismissed according to the settlement agreement by and between the Parties attached hereto as Exhibit A.

A Proposed Order dismissing the Action with prejudice is attached hereto as Exhibit B.

Dated: August 3, 2020

    */s/ Jacob R. Rusch*
    Jacob R. Rusch (MN Bar. No. 391892)
    Timothy J. Becker (MN Bar No. 256663)
    **JOHNSON BECKER, PLLC**
    444 Cedar Street, Suite 1800
    Saint Paul, Minnesota 55101
    Telephone: (612) 436-1800
    Fax: (612) 436-1801
    jrusch@johnsonbecker.com
    tbecker@johnsonbecker.com
    ***Attorneys for Plaintiff Raymond Gestach, Jr.***

    HENSON & EFRON, P.A.

Dated: August 3, 2020

    By */s/ Scott A. Neilson*
       Scott A. Neilson, #239951
    220 South Sixth Street, Suite 1800
    Minneapolis, MN 55402-4503
    (612) 339-2500
    sneilson@hensonefron.com
    Attorneys for Defendant Auto Butler, Inc.