UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RAYMOND GESTACH, JR., | Case No.: 20-cv-500 (NEB/BRT) |
| Plaintiff, | **ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| AUTO BUTLER, INC., | |
| Defendant. | |

---

The above-captioned matter having come before the Court on the parties' joint notice of voluntary dismissal to dismiss the action with prejudice (ECF No. 11),

IT IS HEREBY ORDERED:

1. The settlement by and between the Parties is approved according to the terms of the Settlement Agreement; and

2. The action is dismissed with prejudice.


Dated: August 21, 2020

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court